**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BOBBY ZEIGLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 26-00203-KD-MU** |
| | ) | |
| **STATE FARM MUTUAL** | ) | |
| **AUTOMOBILE INSURANCE COMPANY,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants,** | ) | |

**ORDER**

This action is before the Court on Partial Motion to Dismiss filed by Defendant State Farm Mutual Automobile Insurance Company (doc. 34) and the response by Plaintiff Bobby Zeigler, *pro se* (doc. 37). Upon consideration, and for the reasons set forth herein, the Motion is GRANTED. Accordingly, Counts VI and VII are dismissed.

Consequently, Defendants Anthony Leeper and Mark Alderton are dismissed because the only Count against them, Count VI, has been dismissed. The Clerk is directed to terminate Leeper and Alderton as defendants in this action.

This action will proceed between Zeigler and Defendants State Farm and Webber Infrastructure Management, Inc.[1]

I. Background

In his Second Amended Complaint, Zeigler makes the following allegations: Zeigler was driving his vehicle on Interstate 10 near Marianna, Florida. At that time, a work crew was performing roadside maintenance on behalf of Webber on or adjacent to the I-10 right of way.

[1] Defendant Gallagher Bassett Services, Inc. has been dismissed (doc. 38).

Webber's equipment struck and propelled a shredded commercial tire carcass into the path of Zeigler's vehicle. The tire struck his vehicle, shattered the windshield, and caused front-end damage. The vehicle was subsequently declared a total loss. Because of the accident, Zeigler received a traumatic brain injury and injuries to his cervical and lumber spine. Zeigler has sustained medical expenses, property damage, and lost income as a result of the collision.

II. Analysis

State Farm moves to dismiss Count VI, wherein Zeigler alleges fraud and misrepresentation against State Farm, State Farm Claims Team Manager Anthony Leeper, and State Farm Claims Representative Mark Alderton and Count VII wherein Zeigler alleges civil conspiracy against State Farm and Gallagher Bassettt Services, Inc (doc. 32, Second Amended Complaint). State Farm argues that Zeigler's claim for fraud and misrepresentation should be dismissed because it is not sufficiently pled pursuant to Fed. R. Civ. P. 9(b) and the allegations therein are not sufficient to state a claim under Alabama substantive law. State Farm argues that Zeigler's claim for civil conspiracy should be dismissed because the underlying act was the fraud and misrepresentation alleged in Count VI, and since that claim is due to be dismissed, Count VII should likewise be dismissed. State Farm argues that under Alabama law, a civil conspiracy cannot exist in the absence of an underlying tort.

In response, Zeigler states that he does not opposes the partial Motion to Dismiss (doc. 37). He points out that he has voluntarily dismissed Gallagher Bassett the alleged co-conspirator with State Farm, and concedes that "with Gallagher Bassett dismissed, no viable civil conspiracy claim remains" (Id., p. 1). Zeigler also states that the conduct described in Count VI and VII "remains fully at issue in [his] surviving claims, including Count V (Bad Faith)" (Id., p. 2).

State Farm raises sufficient arguments for partial dismissal pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6). Specifically, with regard to Count VI, Zeigler appears to have failed to plead fraud and misrepresentation with sufficient specificity and with regard to Count VI, without an underlying tort, the civil conspiracy claims fails to state a claim upon which relief can be granted. Moreover, as Zeigler points out, the dismissal of Gallagher Bassett leaves no viable civil conspiracy claim. Further, Zeigler does not oppose the dismissal of Counts VI and VII, and explains that his claims are preserved in the remaining Counts I through V. Accordingly, State Farm's Partial Motion is granted.

**DONE** and **ORDERED** this 2nd day of October 2026.

**s / Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**